UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00303

**Christopher Dean Robertson,**
*Plaintiff,*
v.
**Gregg County Jail et al.,**
*Defendants.*

## ORDER

Plaintiff Christopher Dean Robertson, proceeding pro se and in forma pauperis, filed this civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. This case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On January 29, 2021, the magistrate judge instructed plaintiff to inform the court of his current mailing address by no later than February 15, 2021. Doc. 35. Plaintiff failed to do so. Accordingly, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and for failure to obey an order of the court. Doc. 36. No objections were filed.

When there are no timely objections to a magistrate judge's report, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendations. Plaintiff's complaint is dismissed without prejudice for failure to prosecute and failure to comply with a court order.

*So ordered by the court on May 26, 2021.*

_____
J. Campbell Barker
United States District Judge